PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: Ryan Andrew Sylvia                Case Number: A-10-CR-544(1)-SS

Name of Sentencing Judicial Officer: Honorable Sam Sparks U.S. District Judge

Date of Original Sentence: December 17, 2010

Original Offense:  Count 1: Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A).

Original Sentence: Sentenced to one hundred and sixty-eight (168) months custody in the U.S. Bureau of Prisons to be followed with a (Life) term of supervised release . Special conditions imposed include sex offender registration; participate in a substance abuse program; refrain from alcohol use; participate in sex offender treatment; follow lifestyle restrictions, not associate with minors; approved residence; residential restrictions; not purchase or possess pornography, no computer access without permission, not possess electronic equipment; register under the Sex Offender Registration and Notification Act (SORNA), and pay a $100 special assessment (paid in full).

Type of Supervision:  Supervised Release        Date Supervision Commenced: August 26, 2022

Assistant U.S. Attorney:  Matt Devlin        Defense Attorney:  William Ibbotson

---

### PREVIOUS COURT ACTION

None.

### NONCOMPLIANCE SUMMARY

**Violation of Special Condition:** "The defendant shall refrain from the use of alcohol and all other intoxicants during the term of supervision."

**Nature of Non-compliance:** On December 29, 2022, while in group treatment, the offender admitted to having consumed alcohol on December 26, 2022.

Ryan Andrew Sylvia
Report on Offender Under Supervision
Page | 2

**U.S. Probation Officer Action:** On December 29, 2022, following group treatment, the offender reported to the probation office to address the non-compliance. During this meeting, Sylvia admitted to drinking a bottle of whiskey on December 26, 2022, to help manage pain he was experiencing from a cracked tooth. Sylvia apologized for his actions and appeared remorseful in recognizing that he used poor coping skills to manage the situation. Sylvia agreed to abstain from the use of alcohol and to address the issue in treatment. Sylvia signed an admission form admitting to the consumption of alcohol on December 26, 2022. Prior to leaving the probation office a urine specimen was collected which subsequently returned positive for ethyl glucuronide.

It is respectfully recommended no action be taken to allow Sylvia the opportunity to address this issue in treatment.

Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should the offender incur any further violations, the Court will be immediately notified.

Respectfully submitted,

Stephanie Roberts
United States Probation Officer
Date: 1/6/2023

Approved:

Patricia A Whitson, Supervising
United States Probation Officer

Ryan Andrew Sylvia
Report on Offender Under Supervision
Page | 3

---

**THE COURT ORDERS:**

[✓] No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

 

_____
Honorable Susan Hightower
United States Magistrate Judge

Date:  January 10, 2023